**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Guy Alexander Gibb <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0411 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Michele Leigh Gibb <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7364 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   12–22560–KCF | | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Guy Alexander Gibb                              Michele Leigh Gibb


   4/13/18                                         **By the court:** <u>Kathryn C. Ferguson</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 12-22560-KCF
Guy Alexander Gibb                                              Chapter 13
Michele Leigh Gibb
        Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Apr 13, 2018
                               Form ID: 3180W           Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db/jdb        +Guy Alexander Gibb,    Michele Leigh Gibb,    203 Kentucky Trail,    Browns Mills, NJ 08015-5532
513050673      Ahern Rentals,    Accts Receivable,    4241 Arville St,    Las Vegas, NV 89103-3713
513050675     +Asset Management Professionals,    P.O. Box 2824,    Woodstock, GA 30188-1386
513050676      Associated Credit Services,    P.O. Box 9100,    Hopkinton, MA 01748-9100
513346843     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513050685     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
513050687      Chase Bankruptcy Dept,    3415 Vision Drive,    Dept. G7-PP,    Columbus, OH 43219-6009
513050690     +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
513050696      Hsbc Bank,    Po Box 52530,   Carol Stream, IL 60196
513050699     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court:    Jersey Central Power & Light,     P.O. Box 3687,
                 Akron, OH 44309-3687)
513206891     +JPMorgan Chase Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513204379     #+Jersey Central Power & Light,    a First Energy Company,    331 Newman Springs Rd.,    Building 3,
                 Red Bank, NJ 07701-6771
513050701      Jersey Shore University Medical Center,    P.O. Box 49,    Newark, NJ 07101-0049
513050702     +Law Offices of Harold E. Scherr PA,    1064 Greenwood Blvd, Ste 328,    Lake Mary, FL 32746-5419
513050707     +MCI,   P.O. Box 650355,    Dallas, TX 75265-0355
513050708      Meridian Ped Assoc. PC,    P.O. Box 416768,    Boston, MA 02241-6768
513050718      Rodale Books,    P.O. Box 7031,   Emmaus, PA 18098-0731
514100231     +Specialized Loan Servicing LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
514100232     +Specialized Loan Servicing LLC,    Bankruptcy Department,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129,    Specialized Loan Servicing LLC,
                 Bankruptcy Department 80129-2386
513050720     +Sst/Cigpflc,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
513050721     +Sst/Columbus Bank&Trus,    Po Box 3997,    Saint Joseph, MO 64503-0997
513050723      Takhar Collection Services Ltd,    1623 Military Rd., Ste 537,    Niagara Falls, NY 14304-1745
513050727      Virtua Health,    P.O. Box 7013,    Bellmawr, NJ 08099-7013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:10      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513351679     +EDI: AFNIRECOVERY.COM Apr 14 2018 02:53:00      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
513050672     +EDI: AFNIRECOVERY.COM Apr 14 2018 02:53:00      Afni, Inc. (Original Creditor:Verizon),
                 Po Box 3427,   Bloomington, IL 61702-3427
513225937      EDI: AIS.COM Apr 14 2018 02:53:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
513050678     +E-mail/Text: bankruptcydepartment@tsico.com Apr 13 2018 23:17:57      Burlington Gold Outpatient,
                 c/o NCO Financial Systems,    P.O. Box 15273,    Wilmington, DE 19850-5273
513050679      EDI: CAPITALONE.COM Apr 14 2018 02:53:00      Cap One,    Po Box 85520,    Richmond, VA 23285
513050682     +EDI: CAPITALONE.COM Apr 14 2018 02:53:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
513178455      EDI: CAPITALONE.COM Apr 14 2018 02:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
513050684     +EDI: CHASE.COM Apr 14 2018 02:53:00      Chase,    201 N. Walnut St//De1-1027,
                 Wilmington, DE 19801-2920
513050686     +EDI: CHASE.COM Apr 14 2018 02:53:00      Chase Bank Usa, Na,    Po Box 15298,
                 Wilmington, DE 19850-5298
513050688     +EDI: RCSFNBMARIN.COM Apr 14 2018 02:53:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
513050692     +EDI: CCS.COM Apr 14 2018 02:53:00      GEICO Indemnity co,    c/o Credit Collection Services,
                 Two Wells Ave., Dept. 9134,    Newton, MA 02459-3225
513050691      EDI: RMSC.COM Apr 14 2018 02:53:00      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
513050693     +EDI: RESURGENT.COM Apr 14 2018 02:53:00      Healthcare Funding Slt,    4340 S Monaco St Unit 2,
                 Denver, CO 80237-3485
513050698     +EDI: IIC9.COM Apr 14 2018 02:54:00      Ic Systems Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
513316163      EDI: RESURGENT.COM Apr 14 2018 02:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513050705     +EDI: CAPIO.COM Apr 14 2018 02:53:00      Law Offices Of Mitchell Bluhm & Assoc,
                 2222 Texoma Pkwy Ste 160,    Sherman, TX 75090-2482
513067378     +EDI: MID8.COM Apr 14 2018 02:53:00      Midland Credit Management, Inc.,    2365 Northside Drive,
                 Suite 300,   San Diego, CA 92108-2709
513050711     +EDI: CAPIO.COM Apr 14 2018 02:53:00      Mitchell Bluhm & Assoc.,    2222 Texoma Pkwy Ste 160,
                 Sherman, TX 75090-2482
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Apr 13, 2018
                              Form ID: 3180W           Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513050714       +E-mail/Text: bankruptcydepartment@tsico.com Apr 13 2018 23:17:57     NCO Financial Systems,
                 Re: Nationwide Credit Corp,   P.O. Box 15372,   Wilmington, DE 19850-5372
513050712        E-mail/Text: Bankruptcies@nragroup.com Apr 13 2018 23:18:19     National Recovery Agency,
                 P.O. Box 67015,   Harrisburg, PA 17106-7015
513050716        EDI: PRA.COM Apr 14 2018 02:53:00      Portfolio Recovery Assoc,   120 Corporate Blvd.,
                 Norfolk, VA 23502
514527283        EDI: PRA.COM Apr 14 2018 02:53:00      Portfolio Recovery Associates, LLC,
                 c/o HSBC Bank Nevada, N.A,   POB 41067,   Norfolk VA 23541
513301673        EDI: PRA.COM Apr 14 2018 02:53:00      Portfolio Recovery Associates, LLC,   c/o Thd,
                 POB 41067,   Norfolk VA 23541
513882328       +EDI: PRA.COM Apr 14 2018 02:53:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513882327       +EDI: PRA.COM Apr 14 2018 02:53:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
513050717       +E-mail/Text: bankruptcy@pseg.com Apr 13 2018 23:16:26     PSE&G,   Attn: Bankruptcy Department,
                 P.O. Box 490,   Cranford, NJ 07016-0490
513074221        EDI: Q3G.COM Apr 14 2018 02:54:00      Quantum3 Group LLC as agent for,   Capio Partners LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
513202766        EDI: Q3G.COM Apr 14 2018 02:54:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
513050719       +E-mail/Text: bankruptcy@senexco.com Apr 13 2018 23:16:25     Senex Services Corp,
                 3500 Depauw Blvd Ste 3050,   Indianapolis, IN 46268
513050722        EDI: AISTMBL.COM Apr 14 2018 02:53:00      T-Mobile Bankruptcy Dept.,   P.O. Box  742596,
                 Cincinnati, OH 45274-2596
513050724        EDI: TDBANKNORTH.COM Apr 14 2018 02:53:00      TD Bank,   32 Chestnut Street,
                 Lewiston, ME 04240-7765
513050725       +EDI: CITICORP.COM Apr 14 2018 02:53:00      Thd/Cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
513050726       +EDI: VERIZONCOMB.COM Apr 14 2018 02:54:00      Verizon Wirelss,   2000 Corporate Dr,
                 Orangeburg, NY 10962-2624
513050729       +EDI: WFFC.COM Apr 14 2018 02:53:00      Wellsfargo,   Supreme Re Serving 4143 121st Street,
                 Urbandale, IA 50323-2310
513050728       +EDI: WFFC.COM Apr 14 2018 02:53:00      Wellsfargo,   800 Walnut St,   Des Moines, IA 50309-3605
513050730       +EDI: WFFC.COM Apr 14 2018 02:53:00      Wff Cards,   3201 N 4th Ave,
                 Sioux Falls, SD 57104-0700
513050731       +EDI: WFFC.COM Apr 14 2018 02:53:00      Wffinance,   800 Walnut St,   Des Moines, IA 50309-3504
                                                                                                TOTAL: 39

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMorgan Chase Bank, National Association
cr               JPMorgan Chase Bank, National Association
cr*             +Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
513050713*       National Recovery Agency,   P.O. Box 67015,   Harrisburg, PA 17106-7015
513050671      ##+ACB Receivables,   19 Main Street,   Asbury Park, NJ 07712-7012
513050674       ##American Heart Center,   P.O. Box 435,   Allenwood, NJ 08720-0435
513050677      ##+Bureau of Collection Recovery,   7575 Corporate Way,   Eden Prairie, MN 55344-2022
513050700      ##+Jersey Shore Imaging,   P.O. Box 468,   Berwick, PA 18603-0468
513050715      ##+Orlando Resort Development Group Inc.,   c/o Stanton & Gasdick PA,   Attn: August Stanton Esq,
                 390 North Orange Ave Ste 260,   Orlando, FL 32801-1612
                                                                                   TOTALS: 2, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                 Page 3 of 3                  Date Rcvd: Apr 13, 2018
                                  Form ID: 3180W              Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    Specialized Loan Servicing LLC
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lee   Abt     on behalf of Joint Debtor Michele Leigh Gibb leeabt2@verizon.net,
               r40016@notify.bestcase.com
              Lee   Abt     on behalf of Debtor Guy Alexander Gibb leeabt2@verizon.net,   r40016@notify.bestcase.com
              Melissa N. Licker     on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
                                                                                             TOTAL: 8
```