Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 12–22560–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Guy Alexander Gibb | Michele Leigh Gibb |
| 203 Kentucky Trail | 203 Kentucky Trail |
| Browns Mills, NJ 08015 | Browns Mills, NJ 08015 |

Social Security No.:
  xxx–xx–0411                                                xxx–xx–7364

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 14, 2018</u>          <u>Kathryn C. Ferguson</u>
                                              Judge, United States Bankruptcy Court